

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2016

No. 04-16-00187-CR

Wesley **LOWMAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 29786
Honorable Lynn Ellison, Judge Presiding

## O R D E R

    Appellant's brief was originally due September 26, 2016. Appellant filed a motion for extension of time to file the brief. We granted appellant a thirty-day extension of time, making the brief due October 26, 2016. Appellant has now filed a second motion to extend time to file the brief seeking an additional thirty-five days in which to file the brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file his brief on or before November 30, 2016.

Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2016.

Keith E. Hottle
Clerk of Court